UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS P. BUSH,

    Petitioner,               CIVIL ACTION NO. 04 CV 74609 DT

    v.                            DISTRICT JUDGE VICTORIA A. ROBERTS

PAUL RENICO,                MAGISTRATE JUDGE VIRGINIA M. MORGAN

    Respondent
_____/

## ORDER

This habeas corpus matter comes before the court of petitioner's Motion for Discovery, by which petitioner seeks information as whether any of the jurors in his state court criminal case were employees of the State of Michigan or of the county in which he was convicted.

"Habeas petitioners have no right to automatic discovery." Stanford v. Parker, 266 F.3d 442, 460 (6th Cir. 2001). Under Rule 6 of the Rules Governing 28 U.S.C. § 2254 cases, a district court may grant a request for discovery if the petitioner makes a "fact specific showing of good cause." Stanford, 266 F.3d at 460. Petitioner has failed to make such a showing. The information he seeks is irrelevant to the claims raised in his petition, and petitioner has not otherwise shown a need for the discovery. Petitioner's request is therefore **DENIED**.

                                          s/Virginia M. Morgan
                                          VIRGINIA M. MORGAN
Dated:   August 5, 2005         UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS P. BUSH,

    Petitioner,                 CIVIL ACTION NO. 04 CV 74609 DT

    v.                          DISTRICT JUDGE VICTORIA A. ROBERTS

PAUL RENICO,                 MAGISTRATE JUDGE VIRGINIA M. MORGAN

    Respondent
_____/

**ORDER**

**Proof of Service**

The undersigned certifies that a copy of the foregoing order was served on the parties and attorneys of record by electronic means or U.S. Mail on August 5, 2005.

                               s/J Hernandez
                               Case Manager to
                               Magistrate Judge Morgan