UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS PHILLIP BUSH,

        Petitioner,

v.                                              Case No. 04-74609
                                              Honorable Victoria A. Roberts

PAUL RENICO,

        Respondent.
_____

**ORDER ADOPTING REPORT AND RECOMMENDATION
DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner's objections to the Report and Recommendation ("R&R") of Magistrate Morgan, recommending denial of Petitioner's petition for writ of habeas corpus pursuant to 28 USC § 2254. After reviewing the Petitioner's objections, the Court **ADOPTS** the R&R and **DENIES** Petitioner's petition for writ of habeas corpus.

The grounds raised by Petitioner in his petition are denied for the reasons set forth in the R&R. Additionally, the Petitioner raises a new objection, judicial misconduct.

The Petitioner alleges judicial misconduct against Magistrate Morgan for a litany of alleged errors. Petitioner's claims of error are without merit. The discovery rules cited by Petitioner in his objection do not apply to the facts a magistrate must include in

1

her opinion. [Petitioner's Objection, p.1]. Further, a magistrate is free to agree with the findings of fact in state court decisions based on the record before her.

For the reasons set forth in the R&R and as described above, the Court **ADOPTS** the R&R and **DENIES** Petitioner's petition for habeas corpus.

**IT IS SO ORDERED.**

        **s/Victoria A. Roberts**
        **Victoria A. Roberts**
        **United States District Judge**

**Dated: October 4, 2005**

> **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 4, 2005.**
>
> **s/Carol A. Pinegar**
> **Deputy Clerk**